NUMBER 13-08-00052-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


 


IN RE INTERNATIONAL PROFIT ASSOCIATES, INC.; 

INTERNATIONAL TAX ADVISORS, INC.; AND

IPA ADVISORY AND INTERMEDIARY SERVICES, LLC

 

 

On Petition for Writ of Mandamus

 


MEMORANDUM OPINION



Before Justices Rodriguez, Garza, and Vela


Per Curiam Memorandum Opinion (1)


 

 Relators, International Profit Associates, Inc., International Tax Advisors, Inc.,
and IPA Advisory and Intermediary Services, LLC, filed a petition for writ of
mandamus in the above cause on January 22, 2008. Real party in interest, McAllen
Tropicpak, Inc., filed a response on February 8, 2008. The Court, having examined
and fully considered the petition for writ of mandamus with appendix, record, and the
response, is of the opinion that relators have not shown themselves entitled to the
relief sought. Accordingly, relators' petition for writ of mandamus is denied. See Tex.
R. App. P. 52.8(a).


 PER CURIAM


Memorandum Opinion delivered 

and filed this 21st day of February, 2008.


 

 

 
1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not
required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).